## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ELISHA GILBERT, JR., | : | HABEAS CORPUS |
| X0457412, | : | 28 U.S.C. § 2254 |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-3630-TWT-CMS |
| SHERIFF JEFFREY L. MANN, et al., | : | |
|     Respondents. | : | |

### FINAL REPORT AND RECOMMENDATION

By Order entered on January 19, 2017, I directed Elisha Gilbert, Jr., (A) either to pay the $5 filing fee or submit a fully-completed *in forma pauperis* application and (B) to refile his habeas petition on a court form provided to him with my Order, all within twenty-one days. *See* [4] at 2. I specifically cautioned Gilbert that failure to comply with this Order might result in dismissal of this case. *See id.* at 3 (citing LR 41.3A(2), NDGa.).

Gilbert acknowledged receipt of the January 19, 2017 Order, but responded: "The Secured Party states that the foregoing <u>ORDER</u> is a <u>BOGUST</u> [sic] and <u>very</u> <u>PREJUDICIAL ORDER</u>." [5] at 2. Gilbert then argued that it is the Court's responsibility to withdraw the $5 filing fee from his inmate account, not his responsibility to forward payment. *See id.* And Gilbert failed to refile his habeas claims on the court form provided to him.

In light of Gilbert's unjustified failure to comply with the terms of January 19, 2017 Order, I **RECOMMEND** that this case be **DISMISSED WITHOUT PREJUDICE**. *See* LR 41.3A(2), NDGa.

I **DIRECT** the Clerk to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 9th day of March, 2017.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE